UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| EDUARDO SANCHEZ-LARA, | ) | CASE NO.  4:23CV006 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER AND JUDGMENT ENTRY |
| WARDEN GARZA, | ) | |
| | ) | |
| Respondent. | ) | |

In this petition, Petitioner Eduardo Sanchez-Lara contends that the Bureau of Prisons is improperly refusing to allow him to accrue credits under the First Step Act due to his immigration detainer.  However, subsequent to Petitioner's filing, "on February 6, 2023, the BOP issued Change Notice-1 to Program Statement 5410.01, First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4) ... which ... removed unresolved pending charges and/or detainers as a disqualifying factor for the application of FSA earned time credits." *Alatorre, v. Warden Derr*, No. CV 22-00516 JMS-WRP, 2023 WL 2599546, at *2 (D. Haw. Mar. 22, 2023).  Accordingly, Petitioner is no longer ineligible and there no longer exists a case or controversy for this Court to resolve.    Accordingly, this petition is hereby DENIED AS MOOT, and this matter is hereby DISMISSED. *See id.* at *5-6.

IT IS SO ORDERED.

Date: March 29, 2023         */s/ John R. Adams*
                             JOHN R. ADAMS
                             UNITED STATES DISTRICT JUDGE

1